COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Daniel Gonzalez Rodriguez v. The State of Texas

Appellate case number:   01-13-00778-CR

Trial court case number:  1380317

Trial court:              351st District Court of Harris County

On March 26, 2014, Appellant filed his Second Motion for Extension of Time to File Appellant's Brief. The motion is **GRANTED, in part**. Appellant's brief is due **April 15, 2014**, and **no further extensions** will be considered. If a brief is not filed by April 15, 2014, this appeal will be abated and remanded to the trial court for a hearing at which a determination will be made as to whether Daniel Gonzales Rodriguez wishes to pursue his appeal, and whether or not his appointed counsel, Kurt B. Wentz, has abandoned the appeal and should be allowed to withdraw for appointment of new counsel. *See* Tex. R. App. P. 38.8(b)(2).

It is so ORDERED.

Judge's signature: __/s/_ Justice Harvey Brown
                   X  Acting individually    ☐ Acting for the Court

Date:  March 27, 2014